## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

GEORGE LIKAS,                          )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )     No. 3:03-0314
                                       )     JUDGE ECHOLS
LIFE INSURANCE COMPANY OF NORTH )
AMERICA, INC.,                         )
                                       )
          Defendant.                   )

### ORDER

For the reasons explained herein and in the Memorandum filed contemporaneously herewith, the Court rules as follows:

1.  Defendant's Motion for Judgment on the Administrative Record (Docket Entry No. 62) is hereby GRANTED, and Defendant's decision upholding the termination of Plaintiff's long term disability benefits is AFFIRMED;

2.  Plaintiff's Motion for Judgment on the Administrative Record (Docket Entry No. 82) is hereby DENIED;

3.  Defendant's Motion to Strike, or in the Alternative to Exclude from Consideration, Plaintiff's Citations to Medical Authorities (Docket Entry No. 87) is hereby GRANTED, and these filings were not considered by the Court; and

4.  Plaintiff's Second Motion for Discovery (Docket Entry No. 91) is hereby DENIED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE